IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KYLE TRAPP, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-16-CA-28-FB** |
| | ) | **(Member Cases: SA-16-CA-196 & SA-16-CA-868)** |
| | ) | |
| **TIER ONE SECURITY, INCORPORATED,** | ) | |
| **and SHAWN FLUITT, Individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

Before the Court are the joint stipulations of dismissal (docket nos. 57, 58 & 59) filed in the lead and member cases in this consolidated action. After careful consideration, the Court is of the opinion the joint stipulations of dismissal should be accepted and Judgment should be entered in accordance with the terms set forth in the proposed orders (docket nos. 57-1, 58-1 & 59-1) attached to the joint stipulations of dismissal.

Accordingly, came on to be heard, plaintiffs' Kyle Trapp, Martin Cantu Jr., Martin Cantu Sr., Eloy Cordoba, Ramiro Garcia, Alexandra Martinez, Martin Martinez, Ricardo Nevejas, LidiaSegura, Jose Suarez, Fernando Hernandez and KevinMcGee and defendants Tier One Security, Inc. and Shawn Fluitt (collectively "the parties"), Joint Stipulation of Dismissal (docket no. 57). Having reviewed the entire record in this case,

IT IS ORDERED, ADJUDGED and DECREED that the Joint Stipulation of Dismissal (docket no. 57) filed by the parties is ACCEPTED such that the above case is DISMISSED WITH PREJUDICE and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

The Court also heard plaintiffs' Fernando Hernandez, and opt-in plaintiffs Israel Calvillo, Sergio Calvillo, Luis De Hoyos, Fernando Fernandez, Mario Garza, Santiago Montoya, Elias Rodriguez, Omar Salazar, Juan Saucedo, Jr., Gerardo Chacon, Alfredo de Leon, Eric Lee Garza, Abraham Gomez,

Antonio Gonzalez, Jr., Betsy Gordon, Thomas Gordon, Roberto Ibarra, Jr., Cecilia Maldonado, Daniel Martinez, Alberto Rosales, Luis Sanchez, Jr., Eugenio Solis, Jr., Efrain Valdez, Jose Vega, Melissa Saucedo, Pedro Venegas, (collectively "the Hernandez plaintiffs"), and defendants Tier One Security, Inc., and Shawn Fluitt (collectively "the parties"), Joint Stipulation of Dismissal and Modification of Order of ECF No. 55 (docket no. 58). Having reviewed the entire record in this case,

IT IS ORDERED, ADJUDGED and DECREED that the Joint Stipulation of Dismissal (contained within docket no. 58) concerning the Hernandez plaintiffs filed by the parties is ACCEPTED such that the above case is DISMISSED WITH PREJUDICE for the individuals who submit their claim forms, and is dismissed without prejudice for individuals who do not submit their claim forms, as more specifically described in the settlement agreement entered into for this matter by the parties, and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii); and IT IS FURTHER ORDERED that the Modification of Order of ECF No. 55 (contained within docket no. 58) is ACCEPTED such that the Order entered on June 4, 2018 as ECF No. 55 is modified to reflect the parties' agreement regarding the designation of how the claims should be dismissed in this matter as ordered above.

Finally, came on to be heard, plaintiff Kevin McGee, and opt-in plaintiffs Virginia Avila, Billy Hayes, Incela Cedillo, Emmanuel Zamora, Eduardo Garcia, Leroy Gonzalez, Juan Alejandro, Jose Juarez, Angel Leija, Melissa Lopez, Jose Lugo, Oscar Reyes, Rodrigo Rodriguez, Lee Roy Rosales, Eduardo Sanchez, Raul Torres, III, Sylvia Tania Torres, Jessica Vela, and Frank Velasquez, and Defendants Tier One Security, Inc., Shawn Fluitt, and Timekeepers, Inc. (collectively "the parties") Joint Stipulation of Dismissal (docket no. 59). Having reviewed the entire record in this case,

IT IS ORDERED, ADJUDGED and DECREED that the Joint Stipulation of Dismissal (docket no. 59) filed by the parties is ACCEPTED such that this case is Dismissed With Prejudice for the individuals who submit their claim forms, and without prejudice for individuals who do not submit

their claims forms, as described in the settlement agreement entered into by the parties, and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of June, 2018.

                                              FRED BIERY
                                              UNITED STATES DISTRICT JUDGE